IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA L. JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  05 - 1331 |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| MEL BLOUNT YOUTH HOME OF | ) | |
| PENNSYLVANIA, MEL BLOUNT, | ) | |
| TIANDA BLOUNT, and CAROL | ) | |
| LOCKETT, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

The above captioned case was filed on September 23, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 15), filed on April 4, 2006, recommended that Defendants' Motion to Dismiss (Doc. No. 11) be granted as to (a) Plaintiff's request for punitive damages under the Pennsylvania Whistleblower Law, 43 Pa.C.S.A.§ 1421, and (b) Plaintiffs claims against the individual Defendants contained in Count III which, to the extent they state a valid claim, are redundant.  It also recommended that the motion be denied in all other respects.  Counsel of record were served with the Report and Recommendation and  were advised they had ten (10) days from the date of service to file written objections to the report and recommendation.  No objections have been filed.   After review of the pleadings and documents in the case, together with the report and recommendation, the

following order is entered:

        **AND NOW**, this 26th day of May, 2006;

        **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED** as to Plaintiff's request for punitive damages under the Pennsylvania Whistleblower Law, 43 Pa.C.S.A.§ 1421.

        **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED** as to Plaintiffs claims against the individual Defendants contained in Count III.

        **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. No. 11) is DENIED in all other respects.

        **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 15) of Magistrate Judge Lenihan, dated April 4, 2006, is adopted as the opinion of the court.


Dated:  May 26, 2006                          By the Court:

                                          /s/ Joy Flowers Conti
                                          Joy Flowers Conti
                                          United States District Judge


cc:    Lisa Pupo Lenihan
       United States Magistrate Judge

       Lois E. Glanby
       152 East Highland Drive
       McMurray, PA 15317

Mark R. Hamilton
Rawle & Henderson
535 Smithfield Street
Suite 1000
Pittsburgh, PA 15222

Philip J. Sbrolla
Rawle & Henderson LLP
535 Smithfield Street
Suite 1000
Pittsburgh, PA 15222